## MOTION AND PROCEDURAL RULINGS

**2011–0438.   Schwering v. TRW Vehicle Safety Sys., Inc.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, Case No. 1:10–CV–679. This cause is pending before the court on the certification of a state law question from the United States District Court for the Southern District of Ohio, Western Division.

Upon consideration of petitioners' amended motion for an order requesting transmittal of the record, it is ordered by the court that the motion is granted. The clerk of the United States District Court for the Southern District of Ohio shall transmit the record in case No. 1:10–CV–679 within 15 days of the date of this order.

## MISCELLANEOUS DISMISSALS

**2010–1580.   Parma City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2008-M-401. This cause is pending before the court as an appeal from Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*June 16, 2011*

[Cite as *06/16/2011 Case Announcements*, 2011-Ohio-2898.]

## DISCIPLINARY CASES